IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:99CR15 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **O R D E R** |
| v. | ) | |
| | ) | |
| TRAVIS McQUADE, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER came before the Court on the oral motion of the Defendant for an order allowing him to participate in outpatient treatment.

The Court, being fully advised in the premises, finds that the Motion should be granted.

IT IS THEREFORE ORDERED that:

1. On **Wednesday, August 17, 2005,** the defendant is to be released from his place of incarceration to the Wolf House at 2540 Orchard, Lincoln, Nebraska, to participate in treatment as previously outlined to the Court, and is ordered to remain and participate in its program and obey all rules of the program.

2. The defendant is released from the custody of the United States Marshal after processing.

3. That the defendant will also abide by all the terms and conditions of his supervised release previously imposed.

4. Final disposition in this matter remains scheduled for **October 14, 2005, at 9:30 a.m.,** Courtroom 3 (Omaha).

DATED this 17th day of August, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
HON. JOSEPH F. BATAILLON, Chief Judge
United States District Court